IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02592-WDM-MEH

JM (MARIA J) FAY,

Plaintiff(s),

v.

ARAPAHOE COUNTY, et al.,

Defendant(s).

## AMENDED MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 22, 2007.**

For good cause shown, the Motion to Vacate and Reset Scheduling Conference [Filed March 16, 2007; Docket #6] is **granted.**

It is hereby ORDERED that the scheduling/planning conference set for April 5, 2007, at 9:45 a.m. is **rescheduled** to April 17, 2007, at 10:00 a.m. *The conference will be held in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.* If this date is not convenient for any counsel, he or she should confer with opposing counsel and my chambers to reschedule the conference to a more convenient date. Absent exceptional circumstances, no request for rescheduling will be entertained unless made five days in advance of the date of appearance. The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling/Planning Conference.

Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling and pretrial conferences by telephone, if the original signed copy of the appropriate order has been submitted. Please notify Chambers at (303) 844-4507 if appearance by telephone is desired.

It is further ORDERED that counsel for the parties in this case are to hold a pre-scheduling conference meeting and jointly prepare a proposed Scheduling Order in accordance with Fed.R.Civ.P. 26(f), as amended, on or before **March 27, 2007**. Pursuant to Fed.R.Civ.P. 26(d), as amended, no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the district judge in this case.

The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than April 10, 2007**. **The proposed Scheduling Order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., Word or WordPerfect only) and shall be e:mailed to the Magistrate Judge at Hegarty_Chambers@cod.uscourts.gov.**

Attorneys and/or pro se parties not participating in ECF shall submit their proposed scheduling order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C.COLO.LR 83.3C prior to the Scheduling/Planning conference.

The parties are further advised that they shall not assume that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Finally, the parties or counsel attending the conference should be prepared to informally discuss settlement of the case. There is no requirement to submit confidential settlement documents/letters to the Court beforehand or to have parties present who shall have full authority to negotiate all terms and demands presented by the case.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.