IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02592-WDM-MEH

JM (MARIA J) FAY,

      Plaintiff,

v.

ARAPAHOE COUNTY, *et al.*,

      Defendants.

---

### MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 16, 2007.**

      Plaintiff's Motion to Amend Complaint (titled "Revising of the Defendants [sic] Names") [Filed July 10, 2007; Docket #26] is **denied without prejudice**.  Plaintiff must comply with D.C. Colo. LCivR 7.1A and Fed. R. Civ. P. 15, and may re-file the Motion in accordance therewith.