IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02592-WDM-MEH

JM (MARIA J) FAY,

    Plaintiff,

v.

ARAPAHOE COUNTY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 9, 2007.**

    Defendant Douglas County's Motion to Dismiss [filed July 31, 2007; Docket #32] is **stricken** for failure to comply with this Court's April 19, 2007 Minute Order [doc #20].