IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  06-CV-02592-WDM-MEH

JM (MARIA J) FAY,

    Plaintiff,

v.

ARAPAHOE COUNTY, *et al.*,

    Defendants.

## ORDER ON RECOMMENDATIONS OF MAGISTRATE JUDGE

Miller, J.

This case is before me on recommendations from Magistrate Judge Michael E. Hegarty that: (1) Defendant Arapahoe County's Motion to Dismiss (Docket No. 24) be granted; (2) Defendants Arapahoe County Courts, Douglas County Courts, Work Comp/Admin Law Courts, and the State of Colorado's (collectively State Defendants) Motion to Dismiss (Docket No. 41) be granted; and (3) Defendant Douglas County's Motion to Dismiss (Docket No. 44) be granted.  Plaintiff did not file an objection to any of these recommendations and, therefore, is not entitled to *de novo* review.  28 U.S.C. § 636(b).  For the reasons set forth below, I accept Magistrate Judge Hegarty's recommendations on the three motions to dismiss.

There is also a pending recommendation entered May 4, 2007 from Magistrate Judge Hegarty that the case be dismissed for failure to prosecute (Docket No. 22).

PDF Final

Plaintiff filed an objection to this recommendation indicating that her job takes her out of town for four to five weeks and, therefore, she requires a minimum of six weeks notice from this Court. Although Plaintiff's request for six weeks notice has not been addressed by this Court, I note that it has been over fourteen weeks since Magistrate Judge Hegarty entered his recommendation on Defendant Arapahoe County's motion to dismiss and more than six weeks since he entered his recommendations on the State Defendants' and Defendant Douglas County's motions to dismiss. Plaintiff has not filed any objections. In fact, after filing her objection to Magistrate Judge Hegarty's recommendation that the case be dismissed for failure to prosecute, Plaintiff's only action in this case has been to file a motion to amend her complaint (Docket No. 26) which was denied without prejudice for failure to comply with Colo. L.Civ.R. 7.1A and Fed. R. Civ. P. 15 (Docket No. 29). Plaintiff did not re-file this motion. Therefore, I find it appropriate to move forward with the case and address Magistrate Judge Hegarty's recommendations.

I have reviewed the pertinent portions of the record in this case, including the complaint, the motions to dismiss, and the recommendations. Plaintiff brings a claim under the Americans with Disabilities Act (ADA) and possibly under 42 U.S.C. § 1983 for violations of the due process clause of the Fourteenth Amendment. She alleges that the courts in the "18th Judicial [District] including the [county] courts of Arapahoe, Douglas, Elbert and Lincoln have systematically delayed or denied hearings, held hearings w/o accommodation, w/o fully working accommodation, etc. for years" and that the "Work Comp/Admin Law courts have done the same." (Compl. at 2.) With respect

to the claims against Arapahoe County and Douglas County, Magistrate Judge Hegarty determined that Plaintiff's complaint should be dismissed because the State of Colorado, rather than the counties, have jurisdiction over Colorado courts, court employees, and judges and, therefore, the counties are not proper parties to an action complaining of the activities of courts and judges.  Additionally, Magistrate Judge Hegarty determined that Plaintiff failed to make any allegation that the counties or any county employees had personally engaged in any action or inaction as required for an action brought under section 1983.

With respect to the claims against the State Defendants, Magistrate Judge Hegarty determined that the complaint should be dismissed because the State Defendants are entitled to Eleventh Amendment immunity for claims of monetary damages; all except one of Plaintiff's requests for relief are for past harms—requests that are not actionable; and, for the one prospective claim for relief in her complaint, Plaintiff fails to establish a substantial likelihood that she will be injured by State Defendants in the future.  Additionally, Magistrate Judge Hegarty found that Plaintiff did not make any allegations that the State Defendants personally participated in any action or inaction as required for an action brought under section 1983.

I have reviewed the legal authorities relied on by Magistrate Judge Hegarty in the three recommendations and discern no error.  Furthermore, because I find it appropriate to adopt Magistrate Judge Hegarty's recommendations with respect to the defendants' motions to dismiss, his recommendation that the case be dismissed for failure to prosecute (Docket No. 22) is rejected as moot.

PDF Final

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Hegarty that the case should be dismissed for failure to prosecute (Docket No. 22) is rejected as moot.

2. The recommendations of Magistrate Judge Michael E. Hegarty regarding Defendants' motions to dismiss (Docket Nos. 28, 46, 47) are accepted.

3. Defendant Arapahoe County's Motion to Dismiss (Docket No. 24) is granted.

4. State Defendants' Motion to Dismiss (Docket No. 41) is granted.

5. Defendant Douglas County's Motion to Dismiss (Docket No. 44) is granted.

6. Plaintiff's complaint is dismissed with prejudice.

7. Defendants may have their costs.

DATED at Denver, Colorado, on October 26, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge